UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  **CV 11-7327-VBF (RZx)**                    Dated: **January 27, 2012**

Title:    Mophie Inc. *-v-* Amber Ade, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

        Joseph Remigio                        None Present
        Courtroom Deputy                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

        None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER SETTING ORDER TO SHOW
                                      CAUSE RE PROOF OF SERVICE**

     This case was filed on September 6, 2011 (dkt. #1). No proof of
service has been filed with the Court.  *See* Fed. R. Civ. P. 4(m)
(requiring service within 120 days after the complaint is filed).
Therefore, the Court sets an Order to Show Cause re Proof of Service on
the non-appearance calendar for **February 27, 2012 at 8:30 a.m.**  If a
Proof of Service is filed before that date, the OSC will be discharged.
Failure to file a proof of service may result in fines payable to the
Court and/or the ultimate sanction of termination, i.e. dismissal of the
complaint.

**IT IS SO ORDERED.**

MINUTES FORM 90                   Initials of Deputy Clerk ___jre___
CIVIL - GEN