UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-7327-VBF (RZx)**                    Dated: **January 27, 2012**

Title:   Mophie Inc. -v- Amber Ade, et al.

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

      Joseph Remigio                    None Present
      Courtroom Deputy                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**        **COURT ORDER SETTING ORDER TO SHOW CAUSE RE PROOF OF SERVICE**

    This case was filed on September 6, 2011 (dkt. #1). No proof of service has been filed with the Court. *See* Fed. R. Civ. P. 4(m) (requiring service within 120 days after the complaint is filed). Therefore, the Court sets an Order to Show Cause re Proof of Service on the non-appearance calendar for **February 27, 2012 at 8:30 a.m.**  If a Proof of Service is filed before that date, the OSC will be discharged. Failure to file a proof of service may result in fines payable to the Court and/or the ultimate sanction of termination, i.e. dismissal of the complaint.

**IT IS SO ORDERED.**

MINUTES FORM 90                          Initials of Deputy Clerk    jre
CIVIL - GEN